THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RITA ROSS, an individual,

        Plaintiff,

v.

SAFEWAY INC., a Washington corporation,

        Defendant.

No. 2:19-cv-00521-RSL

**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated by and among Plaintiff and Defendant, through their respective counsel of record, that Plaintiff voluntarily dismisses her claims and causes of action in this matter with prejudice and without an award of attorney fees or costs to any party. The parties stipulate to the entry of an Order of Dismissal with Prejudice.

DATED: September 26, 2019

| EMERY | REDDY, PLLC | LANE POWELL PC |
|---|---|

By  */s/ Amanda V. Masters*
    Patrick B. Reddy, WSBA No. 34092
    Amanda V. Masters, WSBA No. 46342
    600 Stewart Street, Suite 1100
    Seattle, WA  98101-1269
    reddyp@emeryreddy.com
    amanda@emeryreddy.com

Attorney for Plaintiff

By */s/ Sean Jackson*
    D. Michael Reilly, WSBA No. 14674
    Sean Jackson, WSBA No. 33615
    1420 Fifth Avenue, Suite 4200
    Seattle, WA 98111-1302
    reillym@lanepowell.com
    jacksons@lanepowell.com

Attorney for Defendant

STIPULATION FOR ORDER OF DISMISSAL - 1
NO. 2:19-CV-00521-RSL

008501.0061/7792318.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the above stipulation of the parties, the Court hereby ORDERS that this action is hereby DISMISSED WITH PREJUDICE, including all claims that were brought or could have been brought, and is dismissed without costs or fees to any party.

DATED this 1st day of October, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

LANE POWELL PC

By /s/ Sean Jackson
    D. Michael Reilly, WSBA No. 14674
    reillym@lanepowell.com
    Sean Jackson, WSBA No. 33615
    jacksons@lanepowell.com
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA 98111-1302
Attorneys for Defendant

EMERY | REDDY, PLLC

By /s/ Amanda V. Masters
    Patrick B. Reddy, WSBA No. 34092
    Amanda V. Masters, WSBA No. 46342
    600 Stewart Street, Suite 1100
    Seattle, WA 98101-1269
Attorneys for Plaintiff

STIPULATION FOR ORDER OF DISMISSAL - 2
NO. 2:19-CV-00521-RSL

008501.0061/7792318.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107